**Haile–Eyesus Asmerew ENDESHAW,
Petitioner,**

v.

**U.S. IMMIGRATION & NATURALIZATION SERVICE, Respondent.**

No. 01–1469.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 17, 2001.

Decided Nov. 26, 2001.

Derege B. Demissie, Doherty & Demissie, Cambridge, MA, for petitioner. Stuart E. Schiffer, Acting Assistant Attorney General, Robert M. Loeb, Neaclesa Anderson, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, for respondent.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Haile–Eyesus Asmerew Endeshaw, a native and citizen of Ethiopia, petitions this court for review of a final order of the Board of Immigration Appeals (Board) denying relief on his motions to reopen removal proceedings and for reconsideration following the issuance of a removal order *in absentia.* We have reviewed the administrative record and Board's order and find no abuse of discretion in the Board's denial of relief. *See Stewart v. INS,* 181 F.3d 587, 595 (4th Cir.1999); *In re J–P–,* Int. Dec. 3348 (BIA 1998); 8 U.S.C.A. § 1229a(e)(1) (West 1999).

We accordingly affirm the Board's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*